```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,                                       REPORT AND
                              Plaintiff                         RECOMMENDATION
              - against -
JAIRO FERREIRA                                                  20-CV-0229 (SJ) (JO)
                              Defendant.
-----------------------------------------------------------X
```

James Orenstein, Magistrate Judge:

   Defendant Jairo Ferreira ("Ferreira") seeks access to the records used in connection with the constitution and implementation of this court's Master and Qualified Jury Wheels. *See* DE 16 (motion to inspect records); 28 U.S.C. §§ 1867(a), (f). The government objects in part to the request. *See* DE 17. In his reply, Ferreira adds a further request to interview this court's jury administrator. *See* DE 20. Upon referral from the Honorable Sterling Johnson, Jr., United States District Judge, I now make this report, and, for the reasons set forth below, respectfully recommend that the court grant the motion in part and deny it in part.

   Ferreira is entitled to access some but not all of the information he seeks. "[T]here is no absolute right of access to all materials relating to grand jury selection." *United States v. Davis*, 2009 WL 637164, at *16 (S.D.N.Y. Mar. 11, 2009). The statutory right of inspection extends only to "such data as [a defendant] needs to challenge the jury selection process." *United States v. Shader*, 2020 WL 4158059, at *3 (E.D.N.Y. July 17, 2020) (citing *United States v. Pirk*, 281 F. Supp. 3d 342, 344 (W.D.N.Y. 2017), and noting that the pertinent statute "is not a license for litigants to rummage at will" through the court's jury-related records).

   I therefore respectfully recommend that the court direct the government to disclose to Ferreira (under a proposed protective order, if appropriate) data reflecting the county of residence, zip code, and to the extent available, the race and age of the individuals listed in the Master Jury Wheel from which the grand jury that indicted him was selected. *Cf. United States v. Gotti*, 2004 WL

32858, at *11 (S.D.N.Y. 2004) ("The Master List is sufficient ... because it is not the actual selection of the grand jury which would constitute the violation but whether the jury was selected at random from a fair cross section of the community.") (internal alteration and citation omitted). I further respectfully recommend, consistent with the prevailing practice in this district, that the court deny the remainder of the motion without prejudice to renewal after Ferreira reviews the information the government will disclose. *See United States v. Newton*, 20-CR-0307 (PKC), Order dated Aug. 24, 2020 (Chen, J., citing decisions by Judges Cogan, Kuntz, and Brodie); *United States v. Corbett*, 20 CR 213 (KAM), DE 85 (Matsumoto, J., memorandum and order dated Aug. 21, 2020).[1]

Any objections to this Report and Recommendation must be filed no later than October 2, 2020. Failure to file objections within this period designating the particular issues to be reviewed waives the right to appeal the district court's order. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(a).

SO ORDERED.

Dated: Brooklyn, New York
       September 18, 2020

                                                            /s/
                                                    James Orenstein
                                                    U.S. Magistrate Judge

---

[1] Ferreira's counsel has offered to coordinate with counsel for other defendants who have made similar motions so as to reduce the burdens arising from several defendants seeking similar relief *See* DE 22. The court need not address that request until Ferreira secures access to records and information beyond the scope of the foregoing recommendation.